UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
FILED
JUL 0 9 2012
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

EDWARD SOWINSKI,          1:06-M-02044-001

        Defendant.

## ORDER

This cause, having came on for consideration on motion of the United States of America in accordance with the provisions of 18 U.S.C. §3573 (amended November 18, 1988) for remission of the **$22.83** unpaid balance of the fine imposed on November 9, 2006, in this case; and the Court having considered the motion, is of the opinion that the motion is well taken, and the unpaid balance in the amount of **$22.83** of the fine imposed on November 9, 2006, against the above-named Defendant, is hereby remitted.

**THUS DONE AND SIGNED** this _____ day of July, 2012, at Buffalo, New York.

_____
HONORABLE HUGH B. SCOTT
U.S. MAGISTRATE JUDGE